B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re John C. Kuhn , Case No. 5:18-bk-05394-MJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust | U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

323 Fifth Street, Eureka CA 95501

Phone: (800)603-0836
Last Four Digits of Acct #: 7918

Court Claim # (if known): 5-1
Amount of Claim: $194,473.72
Date Claim Filed: 02/20/2019

Phone: 800-603-0836
Last Four Digits of Acct. #: 7918

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lauren Moyer                           Date: March 23, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____MIDDLE_____ District Of __PENNSYLVANIA__

In re __John C. Kuhn_____, Case No. __5:18-bk-05394-MJC__

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. __5-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

U.S. Bank Trust National Association
as Trustee of the Igloo Series IV Trust

Address of Alleged Transferor:

323 Fifth Street, Eureka CA 95501

Name of Transferee

U.S. Bank Trust National Association, as Trustee of the
Cabana Series IV Trust

Address of Transferee:

323 Fifth Street, Eureka CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                         **CLERK OF THE COURT**



SERVICING CORPORATION  
323 5TH STREET  
EUREKA CA 95501

(800) 603-0836  
Para Español, Ext. 2660 o 2643  
8:00 a.m. – 5:00 p.m. Pacific Time  
Main Office NMLS  
Branch Office NMLS

December 20, 2019

JOHN KUHN  
289 NANDINA PL  
PHILADELPHIA PA 19116

RE: **Loan Number:**  
Collateral: 289 NANDINA PLACE; PHILADELPHIA, PA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred. This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents. The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **November 30, 2019**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account. **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  Name: **SN Servicing Corporation**  
  Address: **323 Fifth Street, Eureka CA 95501**  
  Telephone Number: **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**  
  Website Address: www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs. The identity of your new owner is:  
  Name: **U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust**  
  Address: **7114 E Stetson Dr Ste 250; Scottsdale, AZ 85251**  
  Telephone Number: **(800) 603-0836**

**Partial Payment:**  
On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation. The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSLYVANIA

---------------------------------------------------------------------X
: 
   IN RE:                                                                     :   CASE NO.: 5:18-bk-05394-MJC
:
   John C. Kuhn,                                              : 
:   CHAPTER: 13
   Debtor.                                                  : 
:
:   HON. JUDGE.: Mark J Conway
:
:
:
:
---------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      On March 23, 2023 , 2021, I caused to be served a true copy of the annexed **TRANSFER OF CLAIM by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                By: /s/ Lauren Moyer

                                                FRIEDMAN VARTOLO LLP

                                                1325 Franklin Avenue, Ste. 160

                                                Garden City, New York 11530

                                                T: (212) 471-5100

                                                F: (212) 471-5150

<u>**SERVICE LIST**</u>

John C. Kuhn
P.O. Box 315
Pocono Lake, PA 18347
***Debtor***

Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424
***Debtor`s Attorney***

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
***U.S. Trustee***