UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 18-05394-MJC |
| | CHAPTER: 13 |
| John C. Kuhn, | |
| | **NOTICE OF APPEARANCE** |
| *Debtor(s)* | HON. JUDGE.: Mark J Conway |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of **SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust**, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> **Attorneys for SN Servicing Corporation**
> Franklin Ave., Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this

Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated:   June 2, 2023

By: /s/ Lauren M. Moyer, Esq
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO, LLP
**Attorneys for SN Servicing Corporation**
1325 Franklin Ave., Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF PENNSYLVANIA**

----------------------------------------------------------------X
:
IN RE: : CASE NO.: 18-05394-MJC
:
: CHAPTER: 13
:
John C. Kuhn, :
: **NOTICE OF APPEARANCE**
:
*Debtor(s)* : HON. JUDGE.: Mark J Conway
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On <u>June 2, 2023</u>, I, <u>Lauren M. Moyer, Esq</u>, caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren M. Moyer, Esq
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

# SERVICE LIST

**JOHN C. KUHN**
P.O. Box 315
Pocono Lake, PA 18347

**JOHN C. KUHN**
4107 Winona Drive
Pocono Lake, PA 18347
*Debtor*

**TIMOTHY B. FISHER, II**
*FISHER AND FISHER LAW OFFICES*
PO Box 396
525 Main Street
Gouldsboro, PA 18424
*Debtor's Attorney*

**JACK N ZAHAROPOULOS**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*

**UNITED STATES TRUSTEE**
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*