Certificate Number: 03088-PAM-DE-038040323

Bankruptcy Case Number: 18-05394



03088-PAM-DE-038040323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2023, at 7:01 o'clock PM CST, John C Kuhn completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 21, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor