United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John C. Kuhn  
    Debtor

Case No. 18-05394-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jan 08, 2024      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C. Kuhn, P.O. Box 315, Pocono Lake, PA 18347-0315 |
| cr | + | Truste U.S. Bank Trust National Association as Tru, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5168621 | #+ | Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 5145289 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 5145294 | #+ | Milstead & Associates, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5145296 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5145297 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5155570 | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASS, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 08 2024 23:39:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | ^ | MEBN | Jan 08 2024 18:38:28 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 18:40:00 | U.S. Bank National Association, as Trustee for Ass, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5145285 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 08 2024 18:45:11 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 5145286 | + | EDI: CAPITALONE.COM | Jan 08 2024 23:39:00 | CAPITAL ONE BANK USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 5165026 | | EDI: CAPITALONE.COM | Jan 08 2024 23:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5145287 | + | EDI: CITICORP | Jan 08 2024 23:39:00 | Citibank NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 5169871 | + | EDI: CITICORP | Jan 08 2024 23:39:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5145288 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2024 18:45:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5145290 | + | Email/Text: LMitchell@myfci.com | Jan 08 2024 18:40:00 | FCI Lenders Services, P.O. Box 27370, Anaheim, CA 92809-0112 |
| 5146746 | | Email/Text: EBNBKNOT@ford.com | Jan 08 2024 18:40:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5145291 | | Email/Text: data_processing@fin-rec.com | Jan 08 2024 18:40:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 5145292 | + | Email/Text: EBNBKNOT@ford.com | Jan 08 2024 18:40:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 5165867 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2024 18:44:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5161021 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2024 18:44:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5145293 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2024 18:44:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5145295 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2024 18:40:00 | Mr. Cooper, PO Box 650783, Dallas TX 75265-0783 |
| 5167232 | | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2024 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5162530 | + | Email/Text: bankruptcy1@pffcu.org | Jan 08 2024 18:40:00 | POLICE AND FIRE FCU, 3333 STREET ROAD, BENSALEM, PA 19020-2022 |
| 5145299 | | EDI: PRA.COM | Jan 08 2024 23:39:00 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5303337 | | EDI: PRA.COM | Jan 08 2024 23:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5303338 | | EDI: PRA.COM | Jan 08 2024 23:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5169133 | | EDI: PRA.COM | Jan 08 2024 23:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5145298 | + | Email/Text: bankruptcy1@pffcu.org | Jan 08 2024 18:40:00 | Police and Fire Federal Credit Uni, 901 Areh Street, Philadelphia, PA 19107-2495 |
| 5145300 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2024 18:40:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5145301 | + | EDI: CITICORP | Jan 08 2024 23:39:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5157975 | + | Email/Text: RASEBN@raslg.com | Jan 08 2024 18:40:00 | U.S. Bank National Association, as Trustee for Ass, C.O., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5272738 | ^ | MEBN | Jan 08 2024 18:37:45 | U.S. Bank Trust National Association, c/o c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 5272739 | ^ | MEBN | Jan 08 2024 18:37:46 | U.S. Bank Trust National Association, c/o c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association, c/o c/o SN Servicing Corporation 95501-0305 |
| 5529154 | ^ | MEBN | Jan 08 2024 18:37:51 | U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 5527395 | ^ | MEBN | Jan 08 2024 18:37:54 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 5530510 | ^ | MEBN | Jan 08 2024 18:37:46 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o SN Corporation, 323 Fifth Street,, Eureka CA 95501-0305, U.S. Bank Trust National Association, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5527396 | ^ | MEBN | Jan 08 2024 18:37:48 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305, U.S. Bank Trust National Association, |
| 5369254 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 08 2024 18:40:00 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480, U.S. Bank Trust National Association, |
| 5530509 | ^ | MEBN | Jan 08 2024 18:37:53 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o SN Corporation, 323 Fifth Street,, Eureka CA 95501-0305 |
| 5369253 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 08 2024 18:40:00 | U.S. Bank Trust National Association,, as Trustee of the Cabana Series IV Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 5545311 | ^ | MEBN | Jan 08 2024 18:37:56 | U.S. Bank Trust National Association, et al, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5404831 | ^ | MEBN | Jan 08 2024 18:37:58 | U.S. Bank Trust, N.A., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, U.S. Bank Trust, N.A., c/o SN Servicing Corporation 95501-0305 |
| 5404830 | ^ | MEBN | Jan 08 2024 18:37:49 | U.S. Bank Trust, N.A., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 5247368 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 08 2024 18:40:00 | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, US Bank Trust National Association, c/o BSI Financial Services 75038-2480 |
| 5247366 | + | Email/Text: bankruptcy@bsifinancial.com | Jan 08 2024 18:40:00 | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 5164457 | ^ | MEBN | Jan 08 2024 18:38:25 | Wilmington Savings Fund Society, FSB, DBA, AMIP Managment, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5529153 | *+ | U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 5247367 | *+ | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: 3180W | Total Noticed: 50 |

Date: Jan 10, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 ldoyle@squirelaw.com, LOGSECF@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Truste U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@squirelaw.com LOGSECF@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@squirelaw.com LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 mfarrington@kmllawgroup.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bknotifications@ghidottiberger.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com |
| Sindi Mncina | on behalf of Creditor US Bank Trust National Association et al smncina@raslg.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 John C. Kuhn donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John C. Kuhn<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5169<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-05394-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John C. Kuhn

1/8/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W      **Chapter 13 Discharge**      page 2